# EXHIBIT A

# LODI TOWNSHIP ZONING MAP
(2018)

## ZONING CODE

- AG Agriculture
- R-1 Single Family Rural Non-Farm
- R-3 Low Density Multiple-Family Residential
- MHP Mobile Home Park
- PUD Planned Unit Development
- I-1 Limited Industrial
- C-1 Local Commercial
- NR Natural Resource
- RC Resource Conservation
- City

0 3,500 7,000 10,500
Feet

1 inch = 3,466 feet

Geographic Information System

Location Map

N

NO REPRODUCTION OF THIS PRINT SHALL BE MADE WITHOUT THE AUTHORIZATION OF THE WASHTENAW COUNTY EQUALIZATION DEPARTMENT; ANN ARBOR, MI

The information contained in this cadastral map is used to locate, identify and inventory parcels of land in Washtenaw County for appraisal and taxing purposes only and is not to be construed as a "survey description." The information is provided with the understanding that the conclusions drawn from such information are solely the responsibility of the user. Any assumption of legal status of this data is hereby disclaimed.

NOTE: PARCELS MAY NOT BE TO SCALE







