# EXHIBIT B

Effective Date: June 20, 2019

Article 20.0
Land Use Table

## Section 20.04  Table of Uses by District.

The following Land Use Table is a summary, which lists all uses that are allowed within each zoning district within the Zoning Ordinance and the use standards that are applicable for that use. Land uses that are substantially similar to a use allowed within each zoning district shall also be allowed:

| USES | Rural | | | Residential | | | | Business | | | Other | | | USE STANDARDS |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | RC | A-1 | NR | R-1 | R-3 | MHP | O | C-1 | LCD | PSD | I-1 | | | |
| Accessory Structure | A | A | A | A | A | A | A | A | A | A | A | | | Section 55.17 |
| Adult Foster Care Family Home (6 or less individuals) | A | A | | P | P | | | | | | | | | |
| Adult Foster Care Large Group Home (up to 20 individuals) | | | | | S | | | | | | | | | Section 40.07 |
| Adult Foster Care Small Group Home (12 or less individuals) | | P | | P | P | | | | | | | | | |
| Agricultural Service Establishments | | S | | | | | | P | | | | | | Section 40.02 |
| Aircraft Landing Strip, Private | | S | | | | | | | | | | | | Section 41.03 |
| Amusement Center, Indoor | | | | | | | | S | S | | | | | Section 41.04 |
| Amusement Center, Outdoor | | | | | | | | S | | | | | | Section 41.04 |
| Antique Sales or Repair | | | | | | | | P | P | | | | | |
| Apparel Sales, Shoe Stores, Jewelry Stores, and Similar | | | | | | | | P | P | | | | | |
| Assembly or Repair of Electrical and Electronic Components, Instruments, Appliances, and Equipment; and Articles of a Similar Nature | | | | | | | | | | | P | | | |
| Automotive Research and Development Facilities | | | | | | | | | | | P | | | |
| Bank, Credit Union or Similar Financial Institution | | | | | | | P | P | P | | | | | |
| Barber Shop, Beauty Salon or Nail Care | | | | | | | | P | P | | | | | |
| Bed and Breakfast Inn | | S | | S | S | | | | S | | | | | Section 40.03 |
| Boarding Stable and/or Riding Arena | S | S | | | | | | | | | | | | Section 40.04 |
| Business and Technical Training Facilities | | | | | | | P | P | P | | P | | | |
| Campgrounds and Recreational Vehicle Parks | S | | | | | | | | | S | | | | Section 41.24 |
| Car Wash, Vehicle Detailing Shop, or Truck Wash | | | | | | | | S | | | S | | | Section 41.05 |

Lodi Township Zoning Ordinance

Page 20 - 3

Effective Date:  June 20, 2019

Article 20.0
Land Use Table

| USES | Rural | | | Residential | | | | Business | | | Other | | I-1 | USE STANDARDS |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | RC | A-1 | NR | R-1 | R-3 | MHP | O | C-1 | LCD | PSP | | | | |
| Caretaker Living Quarters | S | S | | | S | A | | S | | | | | S | Section 40.05 |
| Cemetery | | | | | | | | | | P | | | | Section 41.06 |
| Child Day Care Home, Family (6 or less individuals) | A | A | | P | P | | | | A | | | | | |
| Child Day Care Home, Group (12 or less individuals) | | S | | S | S | | | | S | | | | | Section 40.07 |
| Commercial Uses similar, but not otherwise listed in this table | | | | | | | | S | | | | | | |
| Composting Facility | | S | | | | | | | | S | | | | Section 41.07 |
| Conservation Area | P | S | | S | S | S | S | S | S | S | | | S | Section 40.06 |
| Contractor's Establishments or Equipment Storage | | | | | | | | | | | | | S | Section 41.23 |
| Controlled Uses | | | | | | | | P | | | | | | Section 41.10 |
| Copying, Mailing, Packaging, and Similar Business Services | | | | | | | P | P | P | | | | | |
| Crematorium | | | | | | | | | | | | | S | Section 41.15 |
| Day Care Center, Child or Adult | | S | | S | S | S | S | S | S | S | | | S | Section 40.07 |
| Dealership for Motor Vehicles, Recreational Vehicles or Construction Equipment | | | | | | | | | | | | | S | Section 41.22 |
| Drive-In Establishment or Drive-Through Facility for a Restaurant or Food Service Establishment | | | | | | | | S | | | | | | Section 41.11 |
| Drive-Through Facility for a Financial Institution | | | | | | | S | S | | | | | | Section 41.11 |
| Drive-Through Facility for a Pharmacy, Drugstore or Other Retail Sales | | | | | | | | S | | | | | | Section 41.11 |
| Extraction Operations | | | P | | | | | | | | | | | Section 41.12 |
| Fabrication or Assembly of Motor or Recreational Vehicles or Parts, Manufactured/Modular Housing, and Similar Products | | | | | | | | | | | | | S | Section 41.15 |
| Farm Implement Sales or Repair Services | | S | | | | | | | | | | | P | Section 40.02 |
| Farm Labor Housing | | S | | | | | | | | | | | | Section 40.12 |
| Farm Market | | S | | | | | | P | | S | | | | Section 40.10 |
| Farm Products Direct Marketing Business | | P | | | | | | | | | | | | |
| Farm-Based Tourism/Entertainment Activities | | S | | | | | | | | | | | | Section 40.10 |

Effective Date: June 20, 2019

Article 20.0
Land Use Table

| USES | RC | A-1 | NR | R-1 | R-3 | MHP | O | C-1 | LCD | PSP | I-1 | USE STANDARDS |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Farming Operations | | P | | | | | | | | | | Section 40.11 |
| Feed or Flour Mills, Smoking, Curing or Packing Plants, and Similar Food and Farm Product Processing Uses | | | | | | | | | | | S | Section 41.15 |
| Fire or Police | | | | | | | | | P | P | | |
| Foster Family Group Home (6 or less individuals) | | S | | S | S | | | | | | | |
| Foster Family Home (4 or less individuals) | | P | | P | P | | | | A | | | |
| Funeral Parlor or Mortuary | | | | | | | | S | | | | Section 41.13 |
| Garden Center or Garden Supply Store | | S | | | | | | S | | | | Section 41.22 |
| Gift Shop | | | | | | | | P | P | | | |
| Golf Courses | S | S | | | | | | | | S | | Section 41.24 |
| Golf Driving Range | S | S | | | | | | | | | | Section 41.24 |
| Government Offices | | | | | | | P | | P | P | | |
| Greenhouse, Commercial | | S | | | | | | | | | | Section 40.22 |
| Greenhouse, Residential | A | A | A | A | A | | | | | | | Section 55.17 |
| Grocery or Convenience Store, Specialty Market, Bakery, Delicatessen, and Similar Food Stores | | | | | | | | P | P | | A | Section 41.02 |
| Hardware Store | | | | | | | | P | P | | | Section 41.22 |
| Health Club or Fitness Center | | | | | | | A | P | P | A | A | Section 41.02 |
| Home Occupation, General | S | S | | S | S | | | | S | | | Section 40.13 |
| Home Occupation, Limited | A | A | | A | A | A | | | A | | | Section 40.13 |
| Hospital or Urgent Care Center | | | | | | | | | S | S | S | |
| Industrial and Research Uses not otherwise listed in this table | | | | | | | | | | | S | Section 41.15 |
| Institutional Uses (Religious, Institutions, Schools, etc. – See Definition) | | | | | | | | | | P | | Section 41.14 |
| Instructional Studios for Dance, Martial Arts, Theater, Music, and Similar Activities | | | | | | | S | P | P | P | | |
| Junkyard | | | | | | | | | | | S | Section 41.16 |

Effective Date:  June 20, 2019

Article 20.0
Land Use Table

| USES | Rural | | | Residential | | | | Business | | | Other | | I-1 | USE STANDARDS |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | RC | A-1 | NR | R-1 | R-3 | MHP | O | C-1 | LCD | PSP | | | | |
| Keeping of Farm Animals and Livestock, Non-Farm | | A | | | | | | | | | | | | Section 40.14 |
| Kennel | | S | | | | | | | | | | | S | Section 40.15 |
| Laboratories for Environmental and Life Sciences, Materials Research, Instrumentation, and Similar Applications | | | | | | | | | | | | | S | |
| Landscape Businesses | | S | | | | | | | | | | | S | Section 40.16 |
| Laundromat, or Dry Cleaners-pick-up/drop-off only | | | | | | | A | P | P | | | | A | Section 41.02 |
| Machine, Welding, and Sheet Metal Shops; Stone Finishing and Carving; and Similar Uses | | | | | | | | | | | | | S | |
| Manufactured Housing Park | | | | | | P | | | | | | | | Section 40.20 |
| Manufactured Housing Sales Lot | | | | | | S | | | | | | | | Section 41.22 |
| Manufacturing, Processing, or Treatment of Food Products, Pharmaceuticals, Cosmetics, and Similar Items | | | | | | | | | | | | | S | |
| Medical, Osteopathic, Chiropractic, Optical or Dental Office, Clinic or Laboratory; Massage Therapist or Physical Therapist | | | | | | | P | P | P | P | | | A | Section 41.02 |
| Motion Picture Cinema | | | | | | | | S | S | | | | | Section 41.17 |
| Motor Vehicle Charging Station | S | S | | | | | S | S | S | S | | | S | |
| Motor Vehicle Fueling Station | | | | | | | | | | | | | S | Section 41.20 |
| Motor Vehicle Service Center | | | | | | | | | | | | | S | Section 41.20 |
| Multiple-Family Housing and Townhouses | | | | | P | | | | P | | | | | Section 40.21 |
| Nursery | | P | | | | | | | | | | | | Section 40.22 |
| Offices for Professional, Service, Clerical, Corporate or Administrative Uses | | | | | | | P | P | P | P | | | A | Section 41.02 |
| Off-Street Parking Lots | A | A | A | A | A | A | A | A | A | A | | | A | Article 51.0 |
| Open Air Business or Outdoor Sales Area not otherwise listed in this table | | | | | | | | | | | | | S | Section 41.22 |
| Outdoor Eating Area for a Restaurant or Food Service Establishment | | | | | | | | A | A | | | | | Section 41.21 |
| Outdoor Dismantling or Recycling of Motor or Recreational Vehicles, Farming or Construction Machinery, Manufactured Houses, or Similar Items | | | | | | | | | | | | | S | Section 41.16 |

| USES | Rural | | | Residential | | | Business | | | Other | | | USE STANDARDS |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | RC | A-1 | NR | R-1 | R-3 | MHP | O | C-1 | LCD | PSP | I-1 | | |
| Outdoor Storage of Motor or Recreational Vehicles, Construction or Farming Machinery, Manufactured Houses or Similar Items | | | | | | | | | | | S | Section 41.23 |
| Outdoor Storage, General | | | | | | | | | | | S | Section 41.23 |
| Packaging of Previously Prepared Materials | | | | | | | | | | | P | |
| Pharmacies, Drugstores and Medical Supply Stores | | | | | | | S | P | P | A | A | Section 41.02 |
| Printing, Lithography, Bookbinding, and Similar Uses | | | | | | | | | | | P | |
| Prototype Engineering and Production, and Pilot Manufacturing and Machining | | | | | | | | | | | P | |
| Public Utilities and Essential Services | | | | | | | | | | P | | |
| Public Works or Road Maintenance Yards | | | | | | | | | | P | S | Section 41.23 |
| Recreational Facilities | S | | | | | | | | | S | | Section 41.24 |
| Recycling Collection Facility | | | | | | | | | | P | S | |
| Repair Shop Including Minor Repair of Home Appliances, Electronic Devices, and Yard Equipment | | | | | | | | S | | | | |
| Research, Development, Testing, and Engineering Facilities | | | | | | | | | | | P | |
| Restaurants and Food Service Establishments, Including Carry-Out, Drive-in, Drive-through, Fast Food, Sit-down, and Food Truck Restaurants | | | | | | | S | P | P | A | A | Sections 41.02, 41.11, and 41.21 |
| Retail Stores similar, but not otherwise listed in this table | | | | | | | | S | S | | | |
| Roadside Stand | | A | | | | | | A | A | | | Section 40.30 |
| Secondhand Stores | | | | | | | | P | P | | | Section 41.25 |
| Self-Storage Warehouses | | | | | | | | | | | S | Section 41.26 |
| Senior Housing - Assisted Living Facilities | | | | | S | | | | | | | Section 40.21 |
| Senior Housing – Dependent, Nursing or Convalescent Care | | | | | S | | | | | | | Section 40.21 |
| Senior Housing - Independent | | | | | P | | | | | | | Section 40.21 |
| Showroom for Display or Sales of Products Created On-Site | | | | | | | A | A | A | | A | Section 41.02 |
| Single-Family Dwellings | S | P | | P | P | P | | | P | | | Section 40.31 |