**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

MASJID AL-FAROOK,

          Plaintiff,

v

LODI TOWNSHIP, a Michigan municipal
corporation, LODI TOWNSHIP BOARD
OF TRUSTEES, and LODI TOWNSHIP
PLANNING COMMISSION,
jointly and severally,

          Defendants.

File No. 2:24-cv-11602

Hon. LAURIE J. MICHELSON

Magistrate Judge: CURTIS IVY, JR.

---

Amy V. Doukoure (P80461)
CAIR-MI LEGAL FUND
Attorney for Plaintiff
1905 S. Haggerty Road, Suite 5
Canton, MI 48188
(248) 559-2247
adoukoure@cair.com

Frederick Lucas (P29074)
R. Burke Castleberry, Jr. (P72093)
CASTLEBERRY & LUCAS
Attorney for Defendants
7577 US 12
Onsted, MI 49265
(517) 467-4000
fred@castleberrylucas.com
burke@castleberrylucas.com

---

**STIPULATED ORDER TO CONTINUE AND EXTEND TIME**
**TO RESPOND TO COMPLAINT**

Plaintiff, Masjid Al-Farook and Defendants, Lodi Township, Lodi Township Board of Trustees, and Lodi Township Planning Commission stipulate as follows:

1.    Plaintiff, Masjid Al-Farook served Defendants, Lodi Township, Lodi Township Board Of Trustees, and Lodi Township Planning Commission, with the Complaint on or about July 10, 2024.

2.    On July 16, 2024 Plaintiff filed an amended complaint. Defendants were served with the Amended Complaint at ECF 5 via email on July 22, 2024.

3.    The parties have communicated through their counsel and have agreed to explore an early resolution to this dispute. The parties are proceeding in a good faith

attempt to resolve this dispute.

4.      The parties are hopeful that a settlement will obviate the need for extensive litigation in this case.

5.      Good cause therefore exists to extend Defendants' date to respond to the amended complaint, in order to give the parties additional time to negotiate.

6.      In order to give the parties time to focus on a potential settlement, it is agreed that Defendants have agree to  until September 16, 2024 to file their answer to the amended complaint.

7.      The extension will not prejudice either party and is in the interests of justice.

WHEREFORE, the Parties, by and through their respective counsel, hereby stipulate that the time for Defendant to respond to the Complaint is extended September 16, 2024 and the Court grants said time extension.

**IT IS SO ORDERED.**

Dated: July 25, 2024


s/Laurie J. Michelson
LAURIE J. MICHELSON
UNITED STATES DISTRICT JUDGE


Approved as to form and entry:


/s/ Amy V. Doukoure
Amy V. Doukoure (P80461)
CAIR-MI LEGAL FUND
Attorney for Plaintiff
1905 S. Haggerty Road, Suite 5
Canton, MI 48188
(248) 559-2247
adoukoure@cair.com

/s/ Frederick Lucas
Frederick Lucas (P29074)
CASTLEBERRY & LUCAS
Attorney for Defendants
7577 US Highway 12
Onsted, MI 49265
(517) 467-4000
fred@castleberrylucas.com